Marilynn Mika Spencer (SBN 149941)
SPENCER LAW OFFICE
2727 Camino del Rio South, Suite 322
San Diego, CA 92108
Telephone: (619) 233-1313
Facsimile:  (619) 296-1313

Attorney for Defendants

RECEIVED
07 JAN -8 AM 9: 25
RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 12 2007
RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,
          Plaintiffs,
vs.

ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL, INC., a California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-SAN FRANCISCO, INC., a California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-SAN DIEGO, INC., a California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-SACRAMENTO, a limited partnership d/b/a ANDERSON AUDIO VISUAL; ANDERSON VOICE & DATA, INC., d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-EAST BAY, a limited liability company d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-IRVINE, a limited partnership d/b/a ANDERSON AUDIO VISUAL; AUDIO VISUAL DESIGN GROUP, a sole proprietorship d/b/a ANDERSON AUDIO VISUAL; and ROBERT EUGENE SCHARFFER, its owner,
          Defendants.

CASE NO.: C-06-06833-MHP

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Northern District of California Local Rule 6-1(a)

The First Amended Complaint and Request for Jury Trial in this action was served on the Defendants on December 19, 2006. Therefore, Defendants' answer is due to be filed and served on January 08, 2007.

The parties are initiating settlement discussions and, therefore, stipulate that Defendants shall have until February 13, 2007 to answer or otherwise respond to Plaintiffs' First Amended Complaint and Request for Jury Trial.

IT IS SO STIPULATED:

IT IS SO ORDERED
1/8/07
U.S. DISTRICT JUDGE

DATED: January 5, 2007   NEYHART, ANDERSON, FLYNN & GROSBOLL

Scott M. De Nardo
Attorneys for Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE as Trustee of the above

/ / /
/ / /
/ / /
/ / /
/ / /

DATED: January 05, 2007   SPENCER LAW OFFICE

| | |
|---|---|
| 1 | |
| 2 | *[signature]* |
| | Marilynn Mika Spencer |
| 3 | Attorneys for Defendants ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL, INC., a |
| 4 | California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO VISUAL-SAN |
| 5 | FRANCISCO, INC., a California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO |
| 6 | VISUAL-SAN DIEGO, INC., a California Corporation d/b/a ANDERSON AUDIO VISUAL; ANDERSON |
| 7 | AUDIO VISUAL-SACRAMENTO, a limited partnership d/b/a ANDERSON AUDIO VISUAL; |
| 8 | ANDERSON VOICE & DATA, INC., d/b/a ANDERSON AUDIO VISUAL; ANDERSON AUDIO |
| 9 | VISUAL-EAST BAY, a limited liability company d/b/a ANDERSON AUDIO VISUAL; ANDERSON |
| 10 | AUDIO VISUAL-IRVINE, a limited partnership d/b/a ANDERSON AUDIO VISUAL; AUDIO |
| 11 | VISUAL DESIGN GROUP, a sole proprietorship d/b/a ANDERSON AUDIO VISUAL; and ROBERT |
| 12 | EUGENE SCHARFFER, its owner |
| 13 | |

(Lines 14–28 blank)

# PROOF OF SERVICE

I am employed in the County of San Diego at Spencer Law Office, 2727 Camino del Rio South, Suite 322, San Diego, CA 92108. On the date of mailing, I am over the age of eighteen, and not a party to the above-described action.

On **January 05, 2007**, I served the following document(s):

**Stipulation to Extend Time to Respond to First Amended Complaint**

By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Scott M. De Nardo**
**NEYHART, ANDERSON, FLYNN & GROSBOLL**
**44 Montgomery Street, Suite 2080**
**San Francisco, CA  94106**

**BY UNITED STATES MAIL:**

I am readily familiar with the firm's practice of collection and procession correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 05, 2007**, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Further, I am a member of the bar of this court OR employed in the office of a member of the bar of this court at whose direction the service was made.

Signature: _____
Angel Lopez

Proof of Service
Case No.: C-06-06833 MHP