1 | Marilynn Mika Spencer (SBN 149941)
SPENCER LAW OFFICE
2 | 2727 Camino del Rio South, Suite 322
San Diego, CA  92108
3 | Telephone: (619) 233-1313
Facsimile:   (619) 296-1313
4 |
Attorney for Defendants
5 |
6 |
7 |                        UNITED STATES DISTRICT COURT
8 |                     NORTHERN DISTRICT OF CALIFORNIA
9 | INTERNATIONAL BROTHERHOOD OF          CASE NO.: C-06-06833-MHP
ELECTRICAL WORKERS DISTRICT 9
10 | PENSION PLAN; NORTHERN CALIFORNIA-
NORTHERN NEVADA SOUND &                SECOND STIPULATION TO
11 | COMMUNICATION DISTRICT No. 9 HEALTH   EXTEND TIME TO RESPOND TO
& WELFARE TRUST FUND; NORTHERN          COMPLAINT AND [PROPOSED]
12 | CALIFORNIA-NORTHERN NEVADA SOUND      ORDER
& COMMUNICATION DISTRICT No. 9
13 | APPRENTICESHIP & TRAINING COMMITTEE;
JOHN O'ROURKE, as Trustee of the above,  Northern District of California Local
14 |                                       Rule 6-1(a)
              Plaintiffs,
15 |       vs.
16 |
ANDERSON AUDIO VISUAL; ANDERSON
17 | AUDIO VISUAL, INC., a California Corporation
d/b/a ANDERSON AUDIO VISUAL;
18 | ANDERSON AUDIO VISUAL-SAN
FRANCISCO, INC., a California Corporation
19 | d/b/a ANDERSON AUDIO VISUAL;
ANDERSON AUDIO VISUAL-SAN DIEGO,
20 | INC., a California Corporation d/b/a
ANDERSON AUDIO VISUAL; ANDERSON
21 | AUDIO VISUAL-SACRAMENTO, a limited
partnership d/b/a ANDERSON AUDIO
22 | VISUAL; ANDERSON VOICE & DATA, INC.,
d/b/a ANDERSON AUDIO VISUAL;
23 | ANDERSON AUDIO VISUAL-EAST BAY, a
limited liability company d/b/a ANDERSON
24 | AUDIO VISUAL; ANDERSON AUDIO
VISUAL-IRVINE, a limited partnership d/b/a
25 | ANDERSON AUDIO VISUAL; AUDIO VISUAL
DESIGN GROUP, a sole proprietorship d/b/a
26 | ANDERSON AUDIO VISUAL; and ROBERT
EUGENE SCHARFFER, its owner,
27 |
28 |           Defendants.

SPENCER
LAW OFFICE

1

Second Stipulaton to Extend Time to Respond to First Amended Complaint and [Proposed] Order
Case No.: C-06-06833 MHP

02/12/2007  15:58  6192961313  SPENCER LAW OFFICE  PAGE  02/03

Case 3:06-cv-06833-MHP  Document 7  Filed 02/12/2007  Page 2 of 3
Case 3:06-cv-06833-MHP  Document 8  Filed 02/16/07  Page 2 of 3

1    The First Amended Complaint and Request for Jury Trial in this action was

2  served on the defendants on December 19, 2006. Defendants' answer or response was

3  due to be filed and served on January 08, 2007. On or about January 05, 2007, having

4  initiated settlement discussions, the parties stipulated that defendants would have until

5  February 13, 2007 to answer or otherwise respond to the complaint.

6

7    Last week, there was a death in the immediate family of defendants' attorney,

8  Marilynn Mika Spencer. Therefore, the parties stipulate to request an order of this

9  court extending until March 16, 2007 the date by which defendants must answer or

10  otherwise respond to the Complaint.

11

12  IT IS SO STIPULATED:

13

14

15  DATED: February __9__, 2007    NEYHART, ANDERSON, FLYNN & GROSBOLL

16

17

18                                  Scott M. De Nardo
                                    Attorneys for Plaintiffs INTERNATIONAL
19                                  BROTHERHOOD OF ELECTRICAL WORKERS
                                    DISTRICT 9 PENSION PLAN; NORTHERN
20                                  CALIFORNIA-NORTHERN NEVADA SOUND &
                                    COMMUNICATION DISTRICT No. 9 HEALTH &
21                                  WELFARE TRUST FUND; NORTHERN
                                    CALIFORNIA-NORTHERN NEVADA SOUND &
22                                  COMMUNICATION DISTRICT No. 9
                                    APPRENTICESHIP & TRAINING COMMITTEE;
23                                  JOHN O'ROURKE as Trustee of the above

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2  DATED: February  09 , 2007    SPENCER LAW OFFICE

3

4  

   Marilynn Mika Spencer
5  Attorneys for Defendants ANDERSON AUDIO
   VISUAL; ANDERSON AUDIO VISUAL, INC., a
6  California Corporation d/b/a ANDERSON AUDIO
   VISUAL; ANDERSON AUDIO VISUAL-SAN
7  FRANCISCO, INC., a California Corporation d/b/a
   ANDERSON AUDIO VISUAL; ANDERSON AUDIO
8  VISUAL-SAN DIEGO, INC., a California Corporation
   d/b/a ANDERSON AUDIO VISUAL; ANDERSON
9  AUDIO VISUAL-SACRAMENTO, a limited
   partnership d/b/a ANDERSON AUDIO VISUAL;
10 ANDERSON VOICE & DATA, INC., d/b/a
   ANDERSON AUDIO VISUAL; ANDERSON AUDIO
11 VISUAL-EAST BAY, a limited liability company
   d/b/a ANDERSON AUDIO VISUAL; ANDERSON
12 AUDIO VISUAL-IRVINE, a limited partnership
   d/b/a ANDERSON AUDIO VISUAL; AUDIO
13 VISUAL DESIGN GROUP, a sole proprietorship
   d/b/a ANDERSON AUDIO VISUAL; and ROBERT
14 EUGENE SCHARFFER, its owner

15

16

17

18

19 GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

20 DATED: February  14 , 2007

21

22

23                                               
                                                 Judge Marilyn H. Patel

24

25

26

27

28

SPENCER
LAW OFFICE

Second Stipulaton to Extend Time to Respond to First Amended Complaint and [Proposed] Order
Case No.: C-06-06833 MHP