1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS DISTRICT 9
PENSION PLAN; et al.,

      Plaintiffs,

v.

ANDERSON AUDIO VISUAL; et al.,

      Defendants.

CASE NO.:  C-06-6833 MHP

**STIPULATION FOR CONTINGENT
ORDER OF DISMISSAL & [Proposed]
CONTINGENT ORDER OF DISMISSAL**

Date:
Time:
Judge: Hon. Marilyn H. Patel
Courtroom:     15
Location: 18th Floor,
          450 Golden Gate Ave.
          San Francisco, CA

Complaint Filed:     11/02/06
Trial Date:     None set.

The parties hereto stipulate as follows:

1.    The parties have reached agreement to settle this case under the terms and conditions specified in the Settlement Agreement, filed and/or lodged concurrently herewith.

2.    The settlement involves payment of consideration in payments over time.

3.    If the settlement payments are not made in a timely fashion or if the Settlement Agreement is otherwise breached, Plaintiffs can file a Stipulation for Entry of Judgment attached to the Settlement Agreement as Exhibit "A".  The Court shall then Order the Entry of Judgment.  Plaintiffs have agreed not to file the Stipulation for Entry of Judgment if the Settlement Agreement is complied with in full.

4.    The parties agree that Plaintiffs may reopen the matter at any time prior to December 31, 2008, if Plaintiffs certify to the Court that the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with.  At that time, Plaintiffs may file their Stipulation for Entry of Judgment.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: _4/7/2007_

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: _04/02/07_

SPENCER LAW OFFICE

By: _____
Marilynn Mika Spencer
Attorneys for Defendants

2

Case No. C-06-6833 MHP
STIPULATION FOR CONTINGENT ORDER OF
DISMISSAL & [PROPOSED] CONTINGENT
ORDER OF DISMISSAL

1   [PROPOSED] ORDER:

2          The parties hereto, having advised the Court that they have agreed to a settlement of this

3   action.

4          IT IS HEREBY ORDERED that this action is dismissed with prejudice, provided,

5   however, that if any party hereto shall certify to this Court, with proof of service of copy thereon

6   on the Defendants or their counsel, on or before December 31, ~~2010~~ 2008 that the agreed consideration        MHP

7   for the settlement has not been delivered over, the foregoing Order shall vacated by this Court and

8   this action shall forthwith be restored to the calendar.  Plaintiffs may then file the Stipulation for

9   Entry of Judgment referred to in the above stipulation.  Judgment will then be entered forthwith.

10  IT IS SO ORDERED.

11

12  Dated:  May 16, 2007 ____



U.S. District Court Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-06-6833 MHP
**STIPULATION FOR CONTINGENT ORDER OF
DISMISSAL & [PROPOSED] CONTINGENT
ORDER OF DISMISSAL**